IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                            Plaintiff,

ORDER

03-cr-97-bbc

v.                                          10-cv-166-bbc

JOHN W. SANDERS,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant John Sanders has filed a timely motion for reconsideration of the denial of his motion for relief pursuant to 28 U.S.C. § 2255. I will deny the motion for reconsideration because I am not persuaded that it was error to dismiss defendant's motion. Defendant sets forth a number of arguments to support his contention that his motion is timely, but those arguments are irrelevant because he has no right to file a second § 2255 motion until he has obtained permission to do so from a panel of the Court of Appeals for the Seventh Circuit.

ORDER

IT IS ORDERED that defendant John W. Sanders's motion for reconsideration is

1

DENIED for lack of jurisdiction to consider it.

Entered this 7th day of May, 2010.

                                              BY THE COURT:
/s/
BARBARA B. CRABB
District Judge